United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2435
_____

Bennie Davis,                                 *
                                              *
            Appellant,                        *
                                              *    Appeal from the United States
      v.                                      *    District Court for the
                                              *    District of Minnesota.
Frank Woods; Dennis Benson, Warden,           *
                                              *          [UNPUBLISHED]
            Appellees.                        *

_____

Submitted:  January 7, 1998
Filed: January 13, 1998
_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Bennie Davis appeals from the district court's[1] adverse grant of summary judgment.  After reviewing the record and the parties' briefs, we conclude that the judgment of the district court was correct, and that an extended opinion would have no precedential value.  Accordingly, we affirm.  See 8th Cir. R. 47B.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.